AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-0338-CG-N

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BAC Home Loan Servicing, LP
was received by me on *(date)* 9/02/2011 .

☒ I personally served the summons on the individual at *(place)* 7105 Corporate Drive PTX 209 Plano, TX 75024    on *(date)* 8/30/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/12/2011

*Server's signature*

Sherita S. Todd, Legal Assistant
*Printed name and title*

21 South Section Street
Fairhope, AL 36532
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Bank of America Home Loans Plano Mail Center
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to:

BAC Home Loan Servicing, LP
7105 Corporate Drive
PTX 209
Plano, TX 75024

11-063

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

7008 3230 0001 3289 2376

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Underwood & Riemer PC
21 South Section St
Fairhope, AL 36532