IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER and NATALIE LEWIS, Individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOAN SERVICING LP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 11-00338-CG-N |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 9, 2012 (Doc. 25), is **ADOPTED** as the opinion of this court and it is **ORDERED** that defendant's motion to dismiss (Docs.9-10) be and is hereby **DENIED**.

BAC Home Loan Servicing LP is **ORDERED** to file its answer fourteen (14) days after entry of this order pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 25th day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE