IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER and NATALIE LEWIS, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 11-0338-CG-N<br>)<br>)<br>)<br>)<br>) |

## ORDER

The parties having filed a joint stipulation of dismissal on January 9, 2013, (Doc. 60), it is **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** with respect to the claims of the individual plaintiffs, Christopher and Natalie Lewis, but without prejudice with respect to any claims of the alleged class.  Each party shall bear his, her or its own costs.

**DONE and ORDERED** this 9th day of January, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE